In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of EMILY M. LORD, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent; FRANKLIN B. LORD et al., Respondents and Appellants.

*Matter of Lord*, 111 App. Div. 152, affirmed.
(Argued October 4, 1906; decided October 23, 1906.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1906, which modified and affirmed as modified an order of the New York County Surrogate's Court assessing a transfer tax on the estate of Emily M. Lord, deceased.

*Jabish Holmes, Jr.*, and *Emmet R. Olcott* for state comptroller.

*Lucius H. Beers* for Franklin B. Lord et al.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.